UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUSTIN BUSH | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| K & K OFFSHORE, LLC | § | MAGISTRATE:_____ |

***Rule (9)h***

**SEAMAN'S SUIT**

NOW INTO COURT, by and through undersigned counsel, comes plaintiff, JUSTIN BUSH, a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §688, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named defendant is K & K OFFSHORE, LLC, a limited liability company engaged in maritime vessel business.

3.

On or about July 13, 2010, plaintiff, Justin Bush, was employed by the defendant, K & K OFFSHORE, LLC, as a deckhand assigned to the M/V GULF INFLUENCE.

4.

On or about July 13, 2010, the M/V GULF INFLUENCE, was owned, operated and/or controlled by the defendant, K & K OFFSHORE, LLC.

5.

On or about July 13, 2010, the defendant was engaged in work in the Gulf of Mexico providing response to the oil spill crisis.

6.

On or about July 13, 2010, the plaintiff in service of the vessel and his employer's interests, tripped and fell on the vessel's back deck causing severe injuries to the plaintiff.

7.

A cause of this accident was the fault and/or negligence attributable to the defendant, K & K OFFSHORE, LLC, in the following non-exclusive respects:

    a.    failing to provide the plaintiff with a safe place to work;

    b.    failing to provide sufficient lighting for plaintiff to safely perform his duties; and,

    c.    other negligent acts and/or omissions to be shown at the trial of this action.

8.

A proximate cause of this accident herein was the unseaworthiness of the M/V GULF INFLUENCE and its appurtenances.

9.

This accident occurred while plaintiff was in the service of the vessel, M/V GULF INFLUENCE, entitling him to receive maintenance and cure benefits.

10.

As a result of the above and foregoing negligent acts and/or omissions, plaintiff, Justin Bush, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

    a.    Past and future loss of wages and benefits;

    b.    Impairment of future earning capacity;

    c.    Physical pain and suffering;

    d.    Mental and emotional pain and suffering;

    e.    Past and future medical expenses;

    f.    Loss of enjoyment of life;

    g.    Additional damages to be shown at the trial of this action.

11.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, plaintiff, JUSTIN BUSH, prays for judgement herein and against defendant, K & K OFFSHORE, LLC and that defendant be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, JUSTIN BUSH, and against defendant herein, K & K OFFSHORE, LLC in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of accident until paid,

all costs of these proceedings, and for all other general, equitable maritime relief.

            Respectfully submitted:

            STRAUSS & KING, APLC


            */s/ Berney L. Strauss*
            Berney L. Strauss #12527
            Rhett E. King #23811
            406 Magazine Street, Suite 300
            New Orleans, Louisiana 70130
            504-523-0033 (telephone)
            504-523-0109 (facsimile)
            rhettking@straussandking.com


## CERTIFICATE OF SERVICE

 I hereby certify that on this 27TH day of August, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Service of this complaint and summons will be made in accordance with the Federal Rules of Civil Procedure.


            */s/ Rhett E. King*
            Rhett E. King