UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


JUSTIN BUSH                                          CIVIL ACTION

VERSUS                                               NO. 10-2851

K&K OFFSHORE, LLC., ET AL.                           SECTION F


### JUDGMENT

This matter was brought before the Court on a call of the docket. Counsel have failed to file a preliminary default or obtain responsive pleading as Ordered. Therefore, this matter is dismissed for failure to prosecute.

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the defendants, and against plaintiff, dismissing the suit at plaintiff's costs, without prejudice.

New Orleans, Louisiana, this 24th day of January, 2011.


_____
UNITED STATES DISTRICT JUDGE